# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 6, 2014

Lyle W. Cayce
Clerk

No. 14-20106
Summary Calendar

ANTOINETTE R. LAMPKIN,

Plaintiff - Appellant

v.

STAFFMARK; VERONICA GARCIA; LINDSEY MILLER,

Defendants – Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-3400

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:*

Antoinette R. Lampkin appeals the district court's grant of summary judgment in favor of her former employer, Staffmark Holdings, Inc.,[1] in her lawsuit purporting to allege racial discrimination and discrimination based upon a relationship with a disabled person. We have carefully reviewed the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] Although Lampkin originally also sued Veronica Garcia and Lindsey Miller, they were never served, and she intentionally deleted them in her amended complaint, stating in her motion for leave: "Plaintiff wishes to allege her Complaint against the entity only." Thus, they are not before us on this appeal.

No. 14-20106

relevant portions of the record in light of the parties briefs.  We conclude that the district court's opinion contains no reversible error.

AFFIRMED.